No. 97–5678.  SINGLETON v. BAKER, ATTORNEY GENERAL OF GEORGIA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 97–5679.  PATRICK v. IOWA.  Ct. App. Iowa.  Certiorari denied.

No. 97–5684.  GUDINAS v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 97–5685.  DWIGHT B. v. JERRI LYNN C.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 97–5689.  ARCHER v. VALLEY HEALTH CARE CORP., DBA METHODIST HOSPITAL OF SACRAMENTO.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 97–5693.  MULBERRY v. HENDERSON, SUPERINTENDENT, CENTENNIAL CORRECTIONAL FACILITY.  C. A. 10th Cir.  Certiorari denied.

No. 97–5694.  MAHAPATRA v. ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 97–5695.  LEWIS v. TEXAS.  Ct. App. Tex., 14th Dist.  Certiorari denied.

No. 97–5696.  IKELIONWU v. BURR ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 97–5697.  SMITH v. OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.

No. 97–5698.  BLACKWELL v. CONDON, ATTORNEY GENERAL OF SOUTH CAROLINA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 97–5707.  BRONSHTEIN v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 97–5709.  LAMB v. LAMB.  Sup. Ct. Alaska.  Certiorari denied.

No. 97–5715.  SACCO v. NEW YORK ET AL.  C. A. 3d Cir.  Certiorari denied.